■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN L. GLOVER, Also Known as STACY L. HARRIS, Appellant.—Judgment, Supreme Court, New York County (Murray Mogel, J., at suppression hearing, plea and sentence), rendered August 24, 1989, convicting defendant of attempted criminal possession of a controlled substance in the fifth degree and sentencing him to a prison term of from 1½ to 3 years, unanimously affirmed.

The suppression court found that there was probable cause to arrest defendant based upon the arresting officer's observation of a drug transaction. Upon our review of the record, we accept the factual findings of the hearing court since, contrary to defendant's argument, the officer's testimony was not in-

credible as a matter of law *(People v Vasquez,* 166 AD2d 194). Concur—Ross, J. P., Carro, Asch, Wallach and Smith, JJ.